UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J. ABRAMS,<br><br>         Plaintiff,<br><br>    v.<br><br>GRAY DAVIS, et al.,<br><br>         Defendants. | 1:99-CV-6099 REC SMS P<br><br>ORDER DISREGARDING MOTION FILED BY PLAINTIFF<br>(DOCUMENT #45) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 30, 2005, plaintiff filed a motion to appoint counsel in the above captioned case. Previously on February 28, 2005 and May 9, 2005, plaintiff filed a notice of change of address. On August 7, 2000, the Court transferred the above-captioned action to the United States District Court for the Central District of California. The action was therefore closed in this Eastern District of California

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion filed June 30, 2005 is DISREGARDED as this action has been closed.

2. Any further motions received by this Court in the above-captioned action will be stricken.

IT IS SO ORDERED.

**Dated:   July 7, 2005**               /s/ Sandra M. Snyder
b6edp0                              UNITED STATES MAGISTRATE JUDGE